UNITED STATES Of America,
Plaintiff–Appellee,

v.

Antonio LOPEZ, also known as Jose Perez–Perez, also known as Marco Antonio Perez, Defendant–Appellant.

No. 04–41383.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**582**

Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Antonio Lopez has moved to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez has filed a response to counsel's motion to withdraw wherein he raises issues including an allegation of ineffective assistance of counsel.

Our independent review of the brief, Lopez's response, and the record discloses no nonfrivolous issues for appeal. We decline to address Lopez's allegations of ineffective assistance of counsel, without prejudice to Lopez's right to assert such claims in a motion pursuant to 28 U.S.C. § 2255. *See United States v. Higdon,* 832 F.2d 312, 313–14 (5th Cir.1987). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.